IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ELESHA SOTO,<br><br>                    Plaintiff,<br>v.<br><br>TARA KALATZES and GUS KALATZES,<br><br>                    Defendants. | MEMORANDUM DECISION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>Case No. 2:21-CV-223-TS-JCB<br><br>District Judge Ted Stewart |

Plaintiff brings this complaint *pro se* against Defendants for events related to the lease of a property in Price, Utah. For the following reasons, the Court will dismiss the complaint *sua sponte* for lack of subject matter jurisdiction.[1]

This Court can only hear cases with federal question jurisdiction—where the action arises under federal laws[2]—or diversity jurisdiction—where the controversy is between citizens of different states and the amount in controversy exceeds $75,000.[3] Here, the complaint only alleges state-law claims, Plaintiff and Defendants are all citizens of Utah, and the amount in controversy is $25,000. Thus, there is no federal question or diversity jurisdiction.

Based on those defects, Plaintiff's complaint is DISMISSED without prejudice for lack of subject matter jurisdiction.

---

[1] *City of Albuquerque v. Soto Enters., Inc.*, 864 F.3d 1089, 1093 (10th Cir. 2017) ("[T]he district courts have an independent obligation to address their own subject-matter jurisdiction and can dismiss actions *sua sponte* for lack of subject-matter jurisdiction.").

[2] 28 U.S.C. § 1331.

[3] *Id.* § 1332.

1

2

DATED  June 8, 2021.

BY THE COURT:

_____
TED STEWART
United States District Judge